UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HERMAN R. CANTRELL,

Plaintiff

v.

ISIDRO BACA, *et al.*,

Defendants

Case No. 3:19-cv-00698-MMD-CLB

**ORDER**

**I. DISCUSSION**

On November 19, 2019, Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1).

On December 9, 2019, this Court denied Plaintiff's application to proceed *in forma pauperis*, without prejudice, because Plaintiff had not submitted a signature on the acknowledgement portion on page 3 of the application. (ECF No. 3). Further, the Court granted Plaintiff an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action, within thirty days from the date of the order. (*Id.*) The thirty-day period has now expired, and Plaintiff has not filed another application to proceed *in forma pauperis*, paid the full filing fee, or otherwise responded to the Court's order.

The Court now reassesses Plaintiff's original application to proceed *in forma pauperis* at ECF No. 1 and will consider Plaintiff's application complete. As such, Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is reinstated. Further, Plaintiff's case shall be placed in line for screening.

/ / /

/ / /

/ / /

/ / /

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is considered complete. The Clerk of the Court is instructed to reinstate the application to proceed *in forma pauperis* (ECF No. 1) as an active, pending motion.

DATED: January 16, 2020.

_____
UNITED STATES MAGISTRATE JUDGE